**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

JIM W. MCCOLLUM                                                     PLAINTIFF

v.                          Case No. 2:12-CV-02034

SHELTER MUTUAL INSURANCE COMPANY                 DEFENDANT

## JUDGMENT

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Jim W. McCollum is to have and recover from Defendant Shelter Mutual Insurance Company ("Shelter"):

- Total compensatory damages in the amount of $110,700.00 on his breach of contract claim;

- Prejudgment interest in the amount of $5,650.69;

- Pursuant to Ark. Code Ann. Section § 23-79-208, a 12% statutory penalty in the amount of $13,284.00;

- Costs of $525.00; and

- Attorneys' fees in the amount of $51,853.

IT IS FURTHER ORDERED AND ADJUDGED that Shelter is entitled to a set-off on the Judgment in the amount of $55,256.44.

Mr. McCollum is therefore awarded a total money judgment, after set-off, in the amount of $126,756.25.

The judgment amount shall bear interest at the prevailing legal rate of 0.13% per annum from the date of entry of this Judgment until paid. *See* 28 U.S.C. § 1961.

IT IS SO ORDERED AND ADJUDGED this 11th day of April, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE